IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE CO., | |
| Plaintiff, | 4:15-CV-3000 |
| vs. | ORDER |
| JOSE CARMONA, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's notice of dismissal of defendant Healthone Airlife a/k/a HCA-Healthone LLC (filing 76). The motion will be granted.

IT IS ORDERED:

1. The notice of dismissal of defendant Healthone Airlife a/k/a HCA-Healthone LLC (filing 76) is granted.
2. The claims asserted between the plaintiff and Healthone Airlife a/k/a HCA-Healthone LLC are dismissed with prejudice.
3. The parties shall bear their own costs and fees with respect to those claims.
4. Healthone Airlife a/k/a HCA-Healthone LLC is terminated as a party to this case.

Dated this 16th day of February, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge