IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE CARMONA, et al., <br><br> Defendants. | 4:15-CV-3000 <br><br> ORDER |

This matter is before the Court on the plaintiff's unopposed motion for default judgment against Poudre Valley Medical Group, LLC d/b/a Colorado Health Medical Group and Medical Center of the Rockies (filing 78). "[An] entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)." *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) (internal citation omitted). The plaintiff has shown that Poudre Valley Medical Group, LLC has failed to plead or otherwise defend in this case. Accordingly, the Court will direct the Clerk of Court to enter a default against Poudre Valley Medical Group. Upon receiving notice that default has been so entered, the Court will consider the plaintiff's unopposed motion for default judgment.

IT IS ORDERED:

1. The Clerk of Court is directed to enter a default against defendant Poudre Valley Medical Group, LLC d/b/a Colorado Health Medical Group and Medical Center of the Rockies.
2. Upon receiving notice that default has been so entered, the Court will consider the plaintiff's unopposed motion for default judgment (filing 78).

Dated this 21st day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge