IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE CARMONA, et al., <br><br> Defendants. | 4:15-CV-3000 <br><br> ORDER |

This matter is before the Court on the defendant Rosa Lopez-Ramos's Unopposed Motion for Default Judgment Against Edgar Carmona (filing 85). "[An] entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)." *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) (internal citation omitted). Defendant Lopez-Ramos has shown that Edgar Carmona has failed to plead or otherwise defend in this case. Accordingly, the Court will direct the Clerk of Court to enter a default against Edgar Carmona. Upon receiving notice that default has been so entered, the Court will consider defendant Lopez-Ramos's Unopposed Motion for Default Judgment.

IT IS ORDERED:

1. The Clerk of Court is directed to enter a default against defendant Edgar Carmona.

2. Upon receiving notice that default has been so entered, the Court will consider defendant Rosa Lopez-Ramos's Unopposed Motion for Default Judgment (filing 85).

Dated this 19th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge