IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PROGRESSIVE NORTHERN INSURANCE CO., | |
|---|---|
| Plaintiff, | 4:15-CV-3000 |
| vs. | ORDER |
| JOSE CARMONA, et al., | |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's recommendation (filing 86) that upon the plaintiff Progressive Northern Insurance Company's payment of $50,000 in insurance proceeds to the Court, the Court dismiss the plaintiff and permanently enjoin all parties from instituting or prosecuting any proceeding in state or federal court related to the deposited insurance proceeds. The parties have stipulated that the Court should adopt the Magistrate Judge's recommendation. Filing 91 at 2. The Court is advised that the plaintiff has deposited the $50,000, and accordingly will adopt the Magistrate Judge's recommendation.

IT IS ORDERED:

1. The Magistrate Judge's recommendation (filing 86) is adopted.

2. The plaintiff, Progressive Northern Insurance Company, is dismissed as a party to this case.

2. All parties are permanently enjoined from instituting or prosecuting any proceeding in state or federal court related to the deposited insurance proceeds.

Dated this 23rd day of May, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge