IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PROGRESSIVE NORTHERN INSURANCE CO., | |
|---|---|
| Plaintiff, | 4:15-CV-3000 |
| vs. | ORDER |
| JOSE CARMONA, et al., | |
| Defendants. | |

This matter is before the Court on the remaining parties' stipulation and joint uncontested motion to distribute interpleader funds and dismiss case (filing 91). They jointly move the Court for an order distributing the interpleaded funds according to the stipulation they have reached. Filing 91 at 2–3. The Court will grant this motion.

IT IS ORDERED:

1. The stipulation and joint uncontested motion to distribute interpleader funds and dismiss case (filing 91) is granted.

2. The Clerk of Court is ordered to distribute the funds that have been interpleaded in this case as follows:

    a. $25,000.00 is to be disbursed in a joint check payable to Jose Carmona individually; Rosa Lopez-Ramos individually; Rosa Lopez-Ramos as personal representative of the estate of V.C., a deceased minor; Rosa Lopez-Ramos, as personal representative of the estate of S.C., a deceased minor.

    b. $15,675.00 is to be disbursed in a check payable to Colorado Children's Hospital.

    c. $850.00 is to be disbursed in a check payable to Interwest.

    d. $8,475.00 is to be disbursed in a check payable to Irvinson Memorial Hospital.

3. Once all funds have been disbursed, the Court will enter an order dismissing this matter with prejudice.

Dated this 23rd day of May, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge