IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE CO., | |
| Plaintiff, | 4:15-CV-3000 |
| vs. | JUDGMENT |
| JOSE CARMONA, et al., | |
| Defendants. | |

Pursuant to this Court's May 23, 2016 Memorandum and Order (filing 93), this case is dismissed with prejudice.

Dated this 26th day of October, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge